# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ALONSO,<br><br>　　　　　Defendant. | Case No. 1:18-MJ-00017-SKO<br><br>**ORDER DISMISSING COMPLAINT**<br><br>(ECF No. 3) |

Upon application of the United States of America, and good cause having been shown,

IT IS HEREBY ORDERED that the complaint in the above-captioned matter is hereby dismissed without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: **August 10, 2018**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE